UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEREDITH FISHER, ANTHONY
RICHARDSON, DARRYL LIPSEY,
TARSISH N. STOWE, VEARRYL
HILL, and HUBERT A. MCNEELY,

    Plaintiffs,

v.                                                                                      CASE NO: 8:11-cv-1723-T-26TBM

TACO BELL OF AMERICA, INC., and
YUM1 BRANDS, INC.,

    Defendants.
    _____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Dismiss (Dkt. 10) is denied. The only basis for the motion is the contention that claims subject to arbitration should be dismissed. Under Eleventh Circuit precedent, however, claims subject to arbitration should not be dismissed. Instead, the court should stay the proceedings pending arbitration. See Bender v. A.G. Edwards & Sons, Inc., 971 F.2d 698, 699 (11th Cir. 1992) (holding that district court erred in dismissing claims subject to arbitration rather than staying them).

The Motion to Stay and Compel Arbitration (Dkt. 10) is denied for failure to comply with the requirements of Local Rule 3.01(g). Counsel for the parties are directed

to confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion without the necessity of court intervention.

**DONE AND ORDERED** at Tampa, Florida, on December 8, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record